UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADANE P. DEJESUS<br><br>               Plaintiff,<br><br>against<br><br><br>NANCY A. BERRYHILL, Commissioner of Social Security,<br><br>               Defendant. | CIVIL ACTION NO.: 18 Civ. 3170 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

A complaint and the administrative record having been filed in this matter, Defendant is hereby ordered to send one courtesy copy of the administrative record, marked as such on a cover page, to Chambers by **February 12, 2020**. The courtesy copy should bear the ECF header generated at the time of electronic filing and include protruding tabs for any exhibits. Bulky materials should be two-sided, and neatly-bound or placed in 3-ring binders, with appropriate dividers.

Dated:      New York, New York
              January 31, 2020

                                         SO ORDERED

                                         _____
                                         SARAH L. CAVE
                                         **United States Magistrate Judge**