**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ADANE P. DEJESUS,

                    Plaintiff,

-against-

NANCY A. BERRYHILL, Commissioner of
Social Security,

                    Defendant.
-----------------------------------------------------------------X

18 CIVIL 3170 (SLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated March 9, 2020, Ms. DeJesus's motion for judgment on the pleadings is granted and the Commissioner's motion is denied; the Commissioner's decision denying benefits is vacated, and the matter is remanded to the agency for further proceedings; accordingly, the case is closed.

**Dated:** New York, New York
          March 10, 2020

                                            **RUBY J. KRAJICK**
                                                Clerk of Court

BY:

                                                    **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/10/2020